**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS A. RAMIREZ, | No. 2:20-CV-0613-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JESSICA MORREL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2020, plaintiff filed a first amended complaint in this action. See ECF No 6. On June 19, 2020, the Court issued Findings and Recommendations to the District Judge, recommending that this action be dismissed. See ECF No. 10. On June 26, 2020 plaintiff filed a second amended complaint. See ECF No. 12. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

///

Plaintiff's first amended complaint was filed as-of-right without leave of court required. Plaintiff's second amended complaint, however, was not. Because plaintiff did not seek or obtain leave of court to file the second amended complaint, it is stricken and this action shall proceed on the first amended complaint filed on June 11, 2020.

IT IS SO ORDERED.

Dated: July 6, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE